IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



JOHN DOE, AS GUARDIAN AD LITEM FOR J. DOE, A MINOR, AND IN HIS INDIVIDUAL CAPACITY,

    Plaintiffs,

vs.

CHURCHILL COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; AUSTIN HERZOG; TREVOR PARSONS, a minor; RACHEL DAHL, individually and as a natural parent of TREVOR PARSONS; NICK BOROVAC, a minor; BRIT BOROVAC, individually and as natural parent of NICK BOROVAC; TYLER COLE, a minor; DANETTA COLE, individually and as natural parent of TYLER COLE; HECTOR ANAYA, a minor;

    Defendants.

Case No.: 3:12-cv-00237-RCJ-VPC

**JOINT CASE MANAGEMENT REPORT and STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 11, 2013**

Pursuant to the Court's Order (#66) entered on February 4, 2013, and the Minutes of the Court (#67) entered on February 13, 2013, Plaintiffs, by and through their Counsel of Record, and Defendants Churchill County School District; Austin Herzog, Nick Borovac, Brit Borovac, Tyler Cole and Danetta Cole, by and through their respective Counsel of Record; and Trevor Parsons and Rachel Dahl, in Pro Per, respectfully submit this Joint Case Management Report and Stipulation to Vacate the Case Management Conference Scheduled for July 11, 2013.

1

## JOINT CASE MANAGEMENT REPORT

The parties previously, on June 11, 2013, submitted a Joint Case Management Report prior to the Case Management Conference held on June 14, 2013 (Doc #86).

A. **Events Which Have Taken Place Since the June 14, 2013, Case Management Conference held on June 14, 2013**

| | | |
|---|---|---|
| 1. | 06/14/13: | Case Management Conference held in Court. |
| 2. | 06/14/13: | Plaintiffs' Counsel filed "Notice to the Court re: Mr. Karp's Having Requested Parties and Counsel to Agree to His Non-Attendance at the Case Management Conference on June 14, 2013" [Doc #87]. |
| 3. | 06/14/13: | Minutes of Proceedings for June 14, 2013, were filed [Doc #91]. |
| 4. | 06/17/13: | Order to Show Cause was entered by the Court [Doc #90], scheduling hearing for August 6, 2013, at 10:00 a.m. |
| 5. | 06/17/13: | Second Amended Complaint & Jury Demand [Doc #88] was filed. |
| 6. | 06/27/13: | Defendant Churchill County School District's Answer to Second Amended Complaint [Doc #92] was filed. |
| 7. | 06/27/13: | Defendant Austin Herzog's Answer to Second Amended Complaint [Doc #93] was filed. |
| 8. | 07/02/13: | Minute Order entered by the Court returning Mr. Parsons's correspondence and directing that Mr. Parsons, if he wishes to respond to the [90] order to show cause, he shall file an objection within 5 days of the show cause hearing as ordered. |

# STIPULATION TO VACATE
## CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 11, 2013

The parties are in the process of scheduling Depositions for certain weeks in August and September of 2013. Because there are no disputes presently requiring the Court's review and determination, the parties stipulate that the Case Management Conference scheduled for July 11, 2013, should be vacated.

Respectfully submitted this 8th day of July, 2013.

DUNLAP & LAXALT

/s/ Monique Laxalt
Calvin R. X. Dunlap, Esq.
Nevada State Bar No. 2111
Monique Laxalt, Esq.
Nevada State Bar No. 1969
537 Ralston Street
Reno, Nevada 89503
Attorneys for Plaintiffs

THE LAW OFFICES OF KEVIN KARP

/s/ Kevin Karp
Kevin Karp, Esq.
Nevada State Bar No. 1082
557 Washington Street
Reno, Nevada 89503
Attorney for Defendants
   Tyler Cole and Danetta Cole

THE BACH LAW FIRM, LLC

/s/ Michael L. Mascarello
Jason J. Bach, Esq.
Nevada Bar No. 7984
Michael L. Mascarello, Esq.
Nevada Bar No. 10673
6053 S. Fort Apache Rd., Suite 130
Las Vegas, Nevada 89148
Attorneys for Defendants
   Nick and Brit Borovac

ERICKSON, THORPE & SWAINSTON

/s/ Ann M. Alexander
Ann M. Alexander, Esq.
Nevada State Bar No. 7256
99 W. Arroyo Street
Reno, Nevada 89509
Attorneys for
   Churchill County School District

McMAHON LAW OFFICES, LTD.

/s/ Brian M. McMahon
Brian M. McMahon, Esq.
Nevada State Bar No. 00927
3715 Lakeside Drive, Suite A
Reno, Nevada 89509
Attorney for Defendant
   Austin Herzog

/s/ Rachel Dahl
Rachel Dahl
501 Michael Street
Fallon, Nevada 89406
In Pro Per

/s/ Trevor Parsons
Trevor Parsons
501 Michael Street
Fallon, Nevada 89406
In Pro Per

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: July 9, 2013

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document will be served via the United States District Court CM/ECR system on the following persons:

Kevin R. Karp, Esq.
Ann M. Alexander, Esq.
Jason J. Bach, Esq.
Brian M. McMahon, Esq.

I further certify that on this date, a true and correct copy of the foregoing document was caused to be served via U. S. Mail on the following persons:

Rachel Dahl
501 Michael Street
Fallon, Nevada 89406

Trevor Parsons
501 Michael Street
Fallon, Nevada 89406

DATED this 8th day of July, 2013.

/s/ Judy Zuppan
Employee of the Law Firm of Dunlap & Laxalt